**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
JENNIFER ANN JARRATT

Chapter 13

Debtor

Bankruptcy No. 19-13937-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 18, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MARK A. BERENATO
MARK A. BERENATO, ATTORNEY AT LAW
P.O. BOX 167
MENDENHALL, PA 19357-

Debtor:
JENNIFER ANN JARRATT

1728 VALLEY LANE

CHESTER SPRINGS, PA 19425-